IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NATHAN DAVID YOUNG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RENAE J. HOFF, WILLIAM A. ) <br> MORROW, KEVIN E. DINIUS, ) <br> JAMES M. VAVREK, dba ) <br> WHITE PETERSON, DENNIS ) <br> WILKINSON, ROGER GABEL, ) <br> GREGORY M. CULET, ) <br> and 96 JOHN AND JANE DOES, ) <br> ) <br> Defendants. ) <br> _____ ) | Lead Case: CV06-214-S-BLW <br> Consolidated with CV06-276-S-BLW <br><br> **JUDGMENT** |

Pursuant to the Order of Dismissal filed concurrently herewith,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action be DISMISSED. This matter is hereby deemed closed.

DATED: **October 4, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment – Page 1**